UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAH SONNENBERG,

       Plaintiff,                        Case No. 1:12-CV-154

v.                                       Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER TO SHOW CAUSE**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security Administration (Commissioner) denying her claim for benefits. By order entered June 5, 2012, the court directed the parties to file briefs in support of their respective positions, plaintiff by July 10, 2012, and defendant by August 14, 2012. Plaintiff has failed to file her brief.

Plaintiff's failure to comply with the court's order and to prosecute this matter permit the court to enter an order to show cause why the case should not be dismissed pursuant to W.D. Mich. LCiv R 41.1. Accordingly, within fourteen days of the date of this order, plaintiff is directed to show cause in writing why this case should not be dismissed for her failure to file a brief in accordance with the court's order.

**IT IS SO ORDERED.**

Dated: August 15, 2012                             /s/ Hugh W. Brenneman, Jr.
                                                             HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge